

# Fourth Court of Appeals
## San Antonio, Texas

September 1, 2022

No. 04-22-00533-CR

**EX PARTE** Francisco Ortiz **CRUZ**

From the County Court, Kinney County, Texas
Trial Court No. 11891CR
Honorable Dennis Powell, Judge Presiding

# O R D E R

On August 12, 2022, appellant filed a notice of appeal challenging the trial court's order denying his pretrial application for writ of habeas corpus. On August 30, 2022, the district clerk filed the clerk's record, which did not include a copy of the trial court's certification of appellant's right to appeal under Rule 25.2 of the Texas Rules of Appellate Procedure. The district clerk's office informed this court that it has been unsuccessful in its attempts to obtain a certification from the trial court.

The Rules of Appellate Procedure require the trial court to enter a certification of the defendant's right of appeal "each time it enters a judgment of guilt or other appealable order." TEX. R. APP. P. 25.2(a)(2). An order denying a pretrial application seeking habeas corpus relief is a final appealable order. *See Ex parte Schmidt*, 109 S.W.3d 480, 481-82 (Tex. Crim. App. 2003) (reaffirming that when trial court has jurisdiction to issue writ of habeas corpus, denial of relief can be appealed); *Ex parte Gonzales*, No. 04-19-00869-CR, 2020 WL 4046521, at *2 (Tex. App.—San Antonio July 15, 2020, no pet.) (mem. op., not designated for publication) ("trial court's denial of appellant's pretrial application for writ of habeas corpus is a final appealable order"); *Ex parte Matthews*, 452 S.W.3d 8, 12 (Tex. App.—San Antonio 2014, no pet.) (order denying relief in a pre-conviction habeas corpus proceeding "is immediately appealable 'because the habeas proceeding is in fact considered a separate 'criminal action,' and the denial of relief marks the end of the trial stage of that criminal action and the commencement of the timetable for appeal.'").

This appeal is therefore ABATED, and the trial court is ORDERED to, **no later than SEPTEMBER 12, 2022**, prepare its certification of appellant's right of appeal from the order denying appellant's pretrial application for writ of habeas corpus as required by the Texas Rules of Appellate Procedure and forward the certification to the district clerk for inclusion in the record. *See* TEX. R. APP. P. 25.2(a)(2), 44.4; *see, e.g., Ex parte Miller*, No. 03-16-00137-CR,

2016 WL 2942004, at *1 (Tex. App.—Austin May 10, 2016, no pet.) (order & mem. op., not designated for publication) (per curiam) (abating appeal and directing trial court to prepare and file certification of appellant's right of appeal from order denying pretrial habeas corpus relief).

       We further ORDER the Kinney County District Clerk to, **no later than September 16, 2022**, file the supplemental record in this court containing the trial court's certification. *See* Tex. R. App. P. 25.2(d), 34.5(c)(2).

                                                                              _____
                                                Rebeca C. Martinez, Chief Justice

       IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of September, 2022.

                                                       _____
                                        MICHAEL A. CRUZ, Clerk of Court